UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS FRANCOLETTI,

    Plaintiff,

v.                        Case No.: 2:25-cv-798-SPC-DNF

ALLSTATE FIRE & CASUALTY
INSURANCE COMPANY,

    Defendant.

## OPINION AND ORDER

On September 5, 2025, the Court issued an Order to Show Cause directing Defendant Allstate Fire & Casualty Insurance Company to supplement its notice of removal to establish that the amount in controversy exceeds $75,000. (Doc. 7). The deadline for Defendant to file the supplement was September 12, 2025. The Court stated in its Order that "[f]ailure to comply will result in remand without further notice." Defendant has not supplemented its notice of removal, and therefore the Court remands this case for lack of subject matter jurisdiction.

Accordingly, it is now

**ORDERED:**

1. This action is **REMANDED** to the Twentieth Judicial Circuit in and for Charlotte County, Florida.

2. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit in and for Charlotte County, Florida.

3. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on September 15, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record